

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ON THE MOVE, INC.

                Plaintiff,

            -against-                08 Civ. 11223 (DAB)
                                                       ORDER TO SHOW CAUSE
RENTAL RESOURCES LLC, et al.,

                Defendants.
------------------------------------X

DEBORAH A. BATTS, United States District Judge.

    The Court's records indicate that the Complaint in this action was filed on December 24, 2008.  On February 27, 2009 and March 2, 2009 Affidavits of Service of all Defendants in this matter were filed with the Court.  To date, Defendants have neither filed an Answer nor responded to Plaintiffs' Complaint in any other way, and therefore are technically in default.

    Accordingly, Plaintiff is hereby ORDERED TO SHOW CAUSE why its cause of action against Defendants should not be dismissed for failure to prosecute.  See Lyell Theatre Corp. v. Loews Corp., 682 F.2d 37, 42 (2d Cir. 1982) (holding that a district court's authority to dismiss an action for plaintiff's failure to prosecute "cannot seriously be doubted").

If Plaintiff fails by May 10, 2009 to either (1) show cause, or (2) move for default judgment against Defendants, Plaintiff's cause of action against Defendants shall be dismissed for failure to prosecute. Plaintiff's showing of good cause, if any, shall be made by affidavit.

SO ORDERED.

Dated:   New York, New York
         April 9, 2009

                                          _____
                                          Deborah A. Batts
                                          United States District Judge